PHILLIP A. TALBERT
United States Attorney
JOSH F. SIGAL
NIRAV K. DESAI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
NOV 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF
Yahoo!, Inc., accounts

CASE NO. 2:16-SW-0544 KJN

REQUEST FOR UNSEALING OF SEARCH WARRANT MATERIALS

The United States requests that the Court unseal the above-captioned search warrant, and all related materials, to permit defense counsel's review in the matter of *United States v. Satish Kartan and Sharmistha Barai,* case number 2:16-CR-0217 MCE.

The above-captioned search warrant has been executed. Accordingly, the government requests that the Court enter the proposed order attached hereto, ruling that the above-referenced search warrant and all related materials shall be unsealed.

Dated: November 21, 2016

PHILLIP A. TALBERT
United States Attorney

By: _____
JOSH F. SIGAL
Assistant United States Attorney