AO 93 (Rev. 11/13) Search and Seizure Warrant


UNSEALED

FILED
FEB 1 0 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
Eastern District of California

In the Matter of the Search of )
)
) Case No.
Yahoo!, Inc. accounts )
) 2:16-SW-0544 KJN
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before ___September 21, 2016___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___Sept. 8, 2016  4:00 pm___     _____
                                                                                        *Judge's signature*

City and state:  Sacramento, California      Kendall J. Newman, U.S. Magistrate Judge
                                                                         *Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:16-SW-0544 KJN | 09/09/2016 @ 8:30 am | EMAILED SW TO YAHOO INC |

Inventory made in the presence of:
EMAILED SW TO YAHOO, INC

Inventory of the property taken and name of any person(s) seized:

RECEIVED CD FROM YAHOO, INC CONTAINING EMAIL INFORMATION RELATED TO SQLFORLIFE@YAHOO.COM

## Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     11/4/2016
KENDALL J. NEWMAN
U.S. MAGISTRATE JUDGE